UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>YAOYAGE,<br><br>　　　　　　　　Defendant. | No. 22-cv-7279<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　An initial status conference is scheduled in this matter on November 4, 2022. Pursuant to the Court's order on September 7, 2022, the parties were required to submit a joint letter and proposed case management plan by no later than October 28, 2022. To date, no joint letter or case management plan has been filed.

　　In light of the fact that Defendant has not appeared, the conference is hereby adjourned until a later date. By no later than November 7, 2022, Plaintiff shall file a letter on the docket proposing next steps in this matter.

SO ORDERED.

Dated:　　October 31, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge