UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT CAWTHON,<br><br>                    Plaintiff,<br><br>     -v-<br><br><br>YAOYAGE,<br><br>                    Defendant. | CIVIL ACTION NO. 22 Civ. 7279 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 17, 2025, I ordered Plaintiff to supplement his motion for a default judgment (ECF 45) with a memorandum of law addressing whether this Court has personal jurisdiction over Defendant in this action and a copy of the Counter-Notice on which Plaintiff relies to support his assertion of this Court's personal jurisdiction over Defendant. (*See* ECF 49, Order To Suppl.) On June 24, 2025, Plaintiff filed his supplemental memorandum (*see* ECF 49, Suppl. Mem.), however, Plaintiff has not filed proof that he served Defendant with a copy.

Plaintiff shall, **by August 12, 2025**, either file proof of service on the docket or serve Defendant with ECF 49 and file proof of service on the docket.

DATED:  August 11, 2025
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge